XAVIER BECERRA
Attorney General of California
SARALYN M. ANG-OLSON
Senior Assistant Attorney General
VINCENT DICARLO
Supervising Deputy Attorney General
JENNIFER S. GREGORY, State Bar No. 228593
Deputy Attorney General
   2329 Gateway Oaks Drive, Suite 200
   Sacramento, CA 95833
   Telephone: (916) 621-1823
   Fax: (916) 274-2949
   E-mail: Jennifer.Gregory@doj.ca.gov

*Attorneys for State of California*

**FILED**
**Jul 12, 2019**
CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| THE UNITED STATES OF AMERICA, STATE OF CALIFORNIA, *ex rel*. PAUL VILLAMIZAR,<br><br>                  Plaintiffs,<br><br>v.<br><br>SENIOR CARE PHARMACY SERVICES, INC., and SAMITENDU BANERJEE,<br><br>                  Defendants. | CASE NO. 2:14-cv-1737 TLN KJN<br><br>**STATE OF CALIFORNIA'S NOTICE OF ELECTION TO DECLINE INTERVENTION** |

     Pursuant to the California False Claims Act, California Government Code section 12652, subdivision (c)(6)(B), the State of California ("California"), by and through its counsel, Xavier Becerra, Attorney General, and Jennifer S. Gregory, Deputy Attorney General, respectfully notifies the Court of its decision to decline intervention in the above-captioned action.

     Although California declines to intervene, California requests that should either the *qui tam* Plaintiff or any of the Defendants propose that this action be dismissed, settled, or otherwise discontinued, this Court solicit California's written consent before ruling or granting its approval.

     Pursuant to California Government Code section 12652, subdivision (f)(1), California also

1

requests that, should this case continue, the parties serve copies of all pleadings, motions, and appeals subsequently filed in this action upon California, and California further reserves the right to order any deposition transcripts and to intervene in the action for good cause shown at a later date, and/or to seek the dismissal of the *qui tam* Plaintiff's action or claims. California also requests that it be served with all notices of appeal.

Finally, California requests that the *qui tam* Plaintiff's Complaint, any amended Complaints, this Notice, and the attached proposed Order be unsealed. California also requests that all other materials in the Court's file (including, but not limited to, any hearing transcripts, applications for an extension of time in which to intervene or for any other reason) remain under seal and not be made public or served on *qui tam* Plaintiff or Defendants because, in discussing the content and extent of California's investigation, such papers are provided by law to the Court alone for the sole purpose of evaluating whether the seal and time for making an election to intervene should be extended.

A proposed Order accompanies this Notice.

Dated: July 12, 2019

Respectfully submitted,

XAVIER BECERRA
Attorney General of California

/s/ *Jennifer S. Gregory*
_____
JENNIFER S. GREGORY
Deputy Attorney General
*Attorneys for State of California*