XAVIER BECERRA
Attorney General of California
SARALYN M. ANG-OLSON
Senior Assistant Attorney General
VINCENT DICARLO
Supervising Deputy Attorney General
JENNIFER S. GREGORY, State Bar No. 228593
Deputy Attorney General
  2329 Gateway Oaks Drive, Suite 200
  Sacramento, CA 95833
  Telephone: (916) 621-1823
  Fax: (916) 274-2949
  E-mail: Jennifer.Gregory@doj.ca.gov

*Attorneys for State of California*

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| THE UNITED STATES OF AMERICA, STATE OF CALIFORNIA, *ex rel*. PAUL VILLAMIZAR,<br><br>                      Plaintiffs,<br><br>v.<br><br>SENIOR CARE PHARMACY SERVICES, INC., and SAMITENDU BANERJEE,<br><br>                      Defendants. | CASE NO. 2:14-cv-1737 TLN KJN<br><br>**ORDER ON STATE OF CALIFORNIA'S NOTICE OF ELECTION TO DECLINE INTERVENTION** |

The State of California ("California") having declined to intervene in this action, and pursuant to California's False Claims Act, the Court rules as follows.

IT IS HEREBY ORDERED that:

1. All current contents of the Court's file in this action shall remain under seal and not be made public or served upon *qui tam* Plaintiff or the Defendants, except for the following documents: (1) *qui tam* Plaintiff's Complaint and any amended Complaints; (2) the summons, if any; (3) California's Notice of Election to Decline Intervention; (4) the United States' Notice of Election to Decline Intervention, (5) any Scheduling

1

or Case Management Order; and, (6) this or any other Order, which are hereby unsealed;

2. The *qui tam* Plaintiff shall serve the Complaint upon the Defendants within 60 days of service of this Order;

3. The *qui tam* Plaintiff shall serve this Order and the accompanying Notice of Election to Decline Intervention upon the Defendants after service of the Complaint;

4. The seal shall be lifted as to all other matters occurring in this action after the date of this Order;

5. The parties shall serve all pleadings, motions, and appeals filed in this action, including supporting memoranda, upon California;

6. All orders of this Court shall be sent to California;

7. California may order any deposition transcripts, intervene at a later date for good cause shown, or move to dismiss *qui tam* Plaintiff's Complaint or claims; and,

8. Should the *qui tam* Plaintiff or any Defendant propose that this action be dismissed, settled, or otherwise discontinued, the Court will provide California with notice and an opportunity to be heard before ruling or granting its approval.

IT IS SO ORDERED.

Dated: July 12, 2019

Troy L. Nunley
United States District Judge