**MASTAGNI HOLSTEDT, A.P.C.**
DAVID P. MASTAGNI (SBN 57721)
PHILLIP R.A. MASTAGNI (SBN 238254)
GRANT A. WINTER (SBN 266329)
1912 "I" Street
Sacramento, CA 95811
Tel: (916) 446-4692
Fax: (916) 447-4614
Email: dmastagni@mastagni.com
Email: phillip@mastagni.com
Email: gwinter@mastagni.com

**BERGER MONTAGUE PC**
Daniel R. Miller (PA Bar No. 68141)
Russell D. Paul (PA Bar No. 71220)
1818 Market Street, Suite 3600
Philadelphia, PA 19103
Tel: (215) 875-3000
Fax: (215) 875-4604
Email: dmiller@bm.net
Email: rpaul@bm.net

*Attorneys for Relator*

**IN THE UNITED STATES DISTRICT COURT**

**FOR THE EASTERN DISTRICT OF CALIFORNIA**

| THE UNITED STATES OF AMERICA, THE STATE OF CALIFORNIA *ex rel*. PAUL VILLAMIZAR, <br><br>Plaintiffs, <br><br>v. <br><br>SENIOR CARE PHARMACY SERVICES INC. and SAMITENDU BANERJEE, <br><br>Defendants. | CASE NO. 2:14-CV-1737-TLN-KJN <br><br>**NOTICE OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE OF QUI TAM CLAIMS ONLY** |
|---|---|

The Relator Paul Villamizar, through his counsel, files this Notice of Voluntary Dismissal of the *qui tam* claims only (Counts I, II, III and IV of the First Amended Complaint filed on October 21, 2016) in the above-caption action, without prejudice to the United States and the State of California and Relator pursuant to Rule 41(a)(1) of the Federal Rules of Civil Procedure,

1

**NOTICE OF VOLUNTARY DISMISSAL** - *U.S. et al. ex rel. Villamizar v. Senior Care Pharmacy, Inc.*

Section 3730(b)(1) of the federal False Claims Act and of the respective provisions of the California False Claims Act.

This Notice specifically does **not** dismiss the Individual Claims of Plaintiff-Relator Paul Villamizar that are set forth in the First Amended Complaint filed on October 21, 2016, as follows:

**FIRST CAUSE OF ACTION - ASSAULT -CAL. PEN. CODE §240**

**SECOND CAUSE OF ACTION - BATTERY-CAL. PEN. CODE §242**

**THIRD CAUSE OF ACTION - INTENTIONAL INFLICTION OF EMOTIONAL DISTRESS**

**FOURTH CAUSE OF ACTION - NEGLIGENT INFLICTION OF EMOTIONAL DISTRESS**

**FIFTH CAUSE OF ACTION - WRONGFUL TERMINATION IN VIOLATION OF PUBLIC POLICY**

**SIXTH CAUSE OF ACTION - WHISTLE BLOWER RETALIATION- CAL. GOV. CODE § 12653**

**SEVENTH CAUSE OF ACTION - QUI TAM RETALIATION- 31 USC §3730(h)(1)**

**EIGHTH CAUSE OF ACTION - VIOLENCE AND INTIMIDATION- CAL. CIV. CODE § 51.7**

Proceeding on behalf of the United States and the State of California, Relator through his counsel, filed an Original Complaint in camera and under seal against defendants Senior Care Pharmacy Services ("Senior Care") and Samitendu Banerjee on July 23, 2014 and a First Amended Complaint on October 21, 2016. The Complaint and First Amended Complaint alleged, among other things, that Senior Care and Samitendu Banerjee submitted false claims for reimbursement for certain prescriptions to Medicare and Medi-Cal. The United States subsequently moved for several extensions of the seal which the Court granted for good cause. The seal ultimately expired on July 9, 2019 and the United States filed a Notice of Declination on that same date. On July 10, 2019, the Court entered an Order maintaining the seal until such time as the State of California notifies the Court of its decision as to whether they will intervene in the

2

___

**NOTICE OF VOLUNTARY DISMISSAL** - *U.S. et al. ex rel. Villamizar v. Senior Care Pharmacy, Inc.*

1  Action. On July 12, 2019, the State of California filed a Notice of Election to Decline
2  Intervention.

3  Under the federal False Claims Act, a relator may seek voluntary dismissal of the action
4  "only if the court and the Attorney General give written consent to the dismissal and their reasons
5  for consenting."   31 U.S.C. § 3730(b)(1); *see also* California False Claims Acts (similar
6  provisions).  Relator now files the instant Notice of Voluntary Dismissal Without Prejudice as to
7  the above listed claims brought on behalf of the United States of America and the State of
8  California **only**, in the above-captioned matter, as the United States of America and the State of
9  California, after conducting their investigations into Defendants' illegal activities as alleged in the
10 Complaint and Amended Complaint, have formally declined to intervene, and Relator has
11 decided not to litigate the *qui tam* portion of his case (Counts I through IV) on behalf of the
12 United States of America and the State of California on his own.  Both the United States and the
13 State of California have indicated that they consent to this voluntary dismissal without prejudice
14 and to their claims **ONLY (without out prejudice or affect as INDIVIDUAL CLAIMS OF**
15 **RELATOR PAUL VILLAMIZAR— Counts V through XIV)**, given the respective
16 declinations of the United States and the State of California.

17 WHEREFORE, Relator respectfully files this Notice of Voluntarily Dismissal Without
18 Prejudice of the qui tam claims (Counts I through IV) ONLY, and not as to the **INDIVIDUAL**
19 **CLAIMS OF RELATOR PAUL VILLAMIZAR—FIRST THROUGH EIGHTH**
20 **CAUSES OF ACTIONS set forth on pages 44 through 64 of the First Amended**
21 **Complaint**, in the above-captioned matter, without affect as to Relator Paul Villamizar's
22 individual claims, which shall be unsealed; and thereafter, vigorously pursued on behalf of Paul
23 Villamizar in his personal and individual capacity who, as alleged in the Amended Complaint,
24 was oppressed, harassed, wronged, retaliated against, wrongfully terminated, assaulted,
25 battered, falsely imprisoned, had emotional distress negligently and intentionally inflicted upon
26
27
28

3

**NOTICE OF VOLUNTARY DISMISSAL -** *U.S. et al. ex rel. Villamizar v. Senior Care Pharmacy, Inc.*

him, had work place violence and intimidation inflicted upon him, and was otherwise damaged and harmed by Defendants Senior Care Pharmacy Services Inc. and Samitendu Banerjee.

Whistleblower-Plaintiff-Relator Paul Villamizar continues to seek all damages alleged in his Prayer for Relief, at p. 64, lns. 9 through 10 of the First Amended Complaint filed under seal on October 21, 2016, and he continues to demand a trial by Jury.

Dated:  August 15, 2019            Respectfully submitted,

MASTAGNI HOLSTEDT, A.P.C.

/s/ *David P. Mastagni* (SBN 57721)
1912 "I" Street,
Sacramento, CA  95811
Tel: (916) 446-4692
Fax: (916) 447-4614
Email: dmastagni@mastagni.com
          phillip@mastagni.com
          gwinter@mastagni.com

BERGER MONTAGUE PC
Daniel R. Miller
  (PA Bar No. 68141; DE Bar No. 3169)
Russell D. Paul
  (PA Bar No.71220; DE Bar No. 4647)
1818 Market Street, Suite 3600
Philadelphia, PA 19103
Tel: (215) 875-3000
Email: dmiller@bm.net
          rpaul@bm.net

4

**NOTICE OF VOLUNTARY DISMISSAL** - *U.S. et al. ex rel. Villamizar v. Senior Care Pharmacy, Inc.*