**MASTAGNI HOLSTEDT, A.P.C.**
DAVID P. MASTAGNI (SBN 57721)
PHILLIP R.A. MASTAGNI (SBN 238254)
GRANT A. WINTER (SBN 266329)
1912 "I" Street
Sacramento, CA 95811
Tel: (916) 446-4692
Fax: (916) 447-4614
Email: dmastagni@mastagni.com
Email: phillip@mastagni.com
Email: gwinter@mastagni.com

**BERGER MONTAGUE PC**
Daniel R. Miller (PA Bar No. 68141)
Russell D. Paul (PA Bar No. 71220)
1818 Market Street, Suite 3600
Philadelphia, PA 19103
Tel: (215) 875-3000
Fax: (215) 875-4604
Email: dmiller@bm.net
Email: rpaul@bm.net

*Attorneys for Relator*

# IN THE UNITED STATES DISTRICT COURT

# FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| THE UNITED STATES OF AMERICA, THE STATE OF CALIFORNIA *ex rel.* PAUL VILLAMIZAR,<br><br>Plaintiffs,<br><br>v.<br><br>SENIOR CARE PHARMACY SERVICES INC. and SAMITENDU BANERJEE,<br><br>Defendants. | CASE NO. CASE NO. 2:14-CV-1737-TLN-KJN<br><br>**ORDER** |

Relator Paul Villamizar having filed a notice of voluntary dismissal of the qui tam claims in this action and the United States having filed a notice of consent to voluntary dismissal of qui tam claims (Counts I through IV) without prejudice, the Court rules as follow:

FOR GOOD CAUSE SHOWN, IT IS HEREBY ORDERED THAT:

1

---

**ORDER FOR VOLUNTARY DISMISSAL** - *U.S. et al. ex rel. Villamizar v. Senior Care Pharmacy, Inc.*

The qui tam claims in this action (Counts I through IV) is hereby dismissed without prejudice. Plaintiff-Relator may continue to pursue his Individual Claims (First through Eighth Causes of Action) which are not hereby dismissed.

DATED: August 22, 2019

_____
Troy L. Nunley
United States District Judge

**ORDER FOR VOLUNTARY DISMISSAL** - *U.S. et al. ex rel. Villamizar v. Senior Care Pharmacy, Inc.*