UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PAUL VILLAMIZAR, | No. 2:14-cv-01737-DAD-KJN |
| Plaintiff, | |
| v. | <u>ORDER</u> |
| SENIOR CARE PHARMACY SERVICES INC., ET AL., | |
| Defendant. | |

The parties appeared for an informal telephonic conference before the undersigned on June 29, 2023, to resolve a dispute regarding the timing and location of the deposition of plaintiff Paul Villamizar. Attorney Grant Winter appeared for plaintiff; attorney Steven Krongold appeared for defendants.

**<u>ORDER</u>**

For the reasons discussed at the hearing, it is hereby ORDERED that:

1. Defendants' deposition of plaintiff Paul Villamizar will take place in person, after plaintiff's August 25, 2023 family wedding, and after plaintiff has obtained his Portuguese permanent residency - so long as that occurs within a reasonable period of time; or if plaintiff can receive assurances that if he leaves the country he will be allowed back into Portugal.

1

2. The parties shall contact the court regarding the status of the plaintiff's permanent residency application by October 15, 2023. The court may revisit this decision at that time if plaintiff's permanent residency application remains stagnant.

Dated: July 5, 2023

KENDALL J. NEWMAN
UNITED STATES MAGISTRATE JUDGE