UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PAUL VILLAMIZAR,<br><br>    Plaintiff,<br><br>    v.<br><br>SENIOR CARE PHARMACY SERVICES INC., et al.,<br><br>    Defendants. | No.  2:14-cv-1737-DAD-KJN<br><br>ORDER<br><br>(ECF No. 176.) |

On January 23, 2024, the court held a hearing on defendants' motion to compel responses to a Rule 45 subpoena, served on the U.S. Customs and Immigrations Service.  (ECF No. 176.)  No opposition was filed.  However, at the hearing, a representative from the government appeared and indicated USCIS has now served a declaration on the parties indicating no responsive documents exist.

For the reasons discussed at the hearing, it is HEREBY ORDERED that defendants' motion to compel (ECF No. 176) is GRANTED.  However, given that USCIS has indicated no documents exist, the issue is now moot.  Defendants are welcome to pursue further relief at their discretion, as was discussed at the hearing.

Dated:  January 23, 2024

vill.1737

_____
KENDALL J. NEWMAN
UNITED STATES MAGISTRATE JUDGE

1